# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EPSON AMERICA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 24-cv-10562-LTS |
| SHENZHEN SEN RUI TAI TRADING CO., LTD d/b/a Dr. J | ) ) ) |
| Defendant. | ) ) |

## DEFAULT JUDGMENT

This action having been commenced by the filing of the Complaint on March 6, 2024 and a copy of the Summons and Complaint having been properly served on the defendant Shenzhen Sen Rui Tai Trading Co., Ltd d/b/a Dr. J ("Defendant") on March 12, 2024, and Defendant not having answered the Complaint and the time for answering having expired, and the Clerk of the Court properly entering a Default on Augst 20, 2024, it is:

**ORDERED, ADJUDGED AND DECREED:** That Defendant has violated 15 U.S.C. § 1125(a) by unfairly competing against Epson by using false, deceptive, or misleading statements of fact that misrepresent the nature, quality, and characteristics of Defendant's projector products;

**ORDERED, ADJUDGED AND DECREED:** That Defendant, its officers, agents, servants, employees, and any persons or entities acting in concert or participation with it, including, but not limited to, Amazon.com, or any other website, website host, website, administrator, domain registrar, or internet service provider, hosting or enabling Defendant, are hereby **ENJOINED** from:

    a. Engaging in any false or misleading advertising with respect to Defendant's projector products, from online commerce sites, such as, but not limited to, Amazon.com, as well as retail stores;

    b. Engaging in any activity constituting unfair competition with Epson; and

    c. Inducing, assisting, or abetting any other person or entity in engaging in or performing any of the business activities described in the paragraphs above.

**ORDERED, ADJUDGED AND DECREED:** That Defendant correct any erroneous impression consumers may have derived concerning the nature, characteristics, or qualities of Defendant's projectors, including without limitation, the placement of corrective advertising and providing written notice to the public and its prior customers.

**ORDERED, ADJUDGED AND DECREED:** That until such time when Defendant corrects its advertisements and to protect consumers from further false advertising, all Dr. J branded projectors must be removed from online commerce sites, such as, but not limited to, Amazon.com and Walmart.com, as well as retail stores regardless of the seller of the same.

**ORDERED, ADJUDGED AND DECREED:** To protect consumers from further false advertising, all advertisements, product listings, or other offers for sale for Dr. J branded projectors, whether sold directly by the Defendant or other resellers of the Dr. J brand, be removed from Amazon.com and Walmart.com, including, but not limited to:

    a. All projectors sold by Walmart seller: Dr.J Professional LTD (Seller url: https://www.walmart.com/seller/101624818?itemId=697942428&pageName=item&returnUrl=%2Fip%2Fseort%2F697942428);

  b. All projectors found on the Dr.J Walmart.com brand page found here: https://www.walmart.com/brand/drjprofessional/movie-projectors/10001355.

  c. All projectors found on ASINs B099DSMK5F and B09WQWTZKF.

**ORDERED, ADJUDGED AND DECREED:** That the Dr.J Walmart.com brand page found at the following URL https://www.walmart.com/brand/drjprofessional/movie-projectors/10001355 be disabled and/or restricted from public viewing until Defendant corrects the advertisements of its projectors.

**ORDERED, ADJUDGED AND DECREED:** That the website https://www.drjprofessional.com/ be disabled and/or restricted from public viewing until Defendant corrects the advertisements of its projectors.

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff Epson America, Inc. ("Epson) have judgment against Defendant for Defendant's profits from Amazon.com and Walmart.com for actual damages pursuant to 15 U.S.C. § 1117.

**ORDERED, ADJUDGED AND DECREED:** Epson may conduct post-judgment discovery via subpoena to, *inter alia*, Amazon.com and Walmart.com to determine the scope of Defendant's sales and actual damages.

**ORDERED, ADJUDGED AND DECREED:** Epson shall, within thirty (30) days of receiving full sales information, submit a brief to the Court requesting an appropriate amount of damages and reasons therefore.


Dated: September 9, 2024   /s/ Leo T. Sorokin
              The Honorable Leo T. Sorokin
              United States District Judge