# EXHIBIT 1


## DRJ Professional LTD  Pro Seller

wuhandonghuxinjishukaifaquguanggudadaote1haoguojiqiyezhongxinsanqi3dong3ceng07haoB498 wuhan, HB 430000, CN

Contact seller | (+86) 18565155314

### Seller Reviews                                                                                     View all

4.4 out of 5  ★★★★½

1,221 ratings | 197 reviews

 What is a Pro Seller?

Pro Stores are top-performers with a proven track record of creating great shopping experiences for customers.

### About the Store                                                                                    View more

DRJ Professional LTD has been dedicated to providing a great online shopping experience to our customers. We believe, the KEY to that success is to offer quality products, affordable prices, quick delivery, and top-tier support, all via our hard-working staff. Choose it, buy it, and you will love it...


Business Name: wuhanaimaixunkejiyouxiangongsi