# EXHIBIT 5

Walmart Seller Center

Your cases



**Walmart Seller Support**  Tue, 13 May, 11:14 pm

Hello Niklas,

Thank you for your patience on this matter. Walmart Payment Support has received information from our legal department concerning the cause of your company's inactive state of payments.

This action on your account has been taken as a result of a Writ of Execution that was received for case 1:24-cv-10562 out of the United States District Court of Massachusetts. You must contact the court and/or plaintiff's counsel to resolve this matter.

If you have questions/concerns regarding this matter please contact your counsel to help contact the court and/or plaintiff's counsel to communicate further with our legal team.

This is the full extent of information available at this time. Should further details arise or changes occur, your company will be contacted directly, through the use of the primary email for your company. Your payments will be held until this matter is adjudicated. We thank you for your patience and understanding.

Sincerely,

Nitasha

Walmart MP Payments